■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO RIVAS, Appellant. [54 NYS3d 867]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (LoPresto, J.), imposed January 14, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

We agree with the defendant that the purported waiver of his right to appeal was invalid (*see People v Guarchaj*, 122 AD3d 878 [2014]; *People v Pelaez*, 100 AD3d 803 [2012]).

However, the sentence imposed was not excessive (*see People*

*v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Chambers, Maltese and Barros, JJ., concur.